MICHAEL T. LUCEY (SBN: 099927)
MARCIE S. ISOM (SBN: 226906)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
S&Y MANAGEMENT LLC; STONE & YOUNGBERG, LLC;
JOSEPH PIAZZA; TOM LOCKARD

GEOFFREY V. WHITE (SBN: 68012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115

Attorneys for Plaintiffs
CATHERINE MOLNAR and
PATRICIA SHEPARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE MOLNAR and PATRICIA SHEPARD,<br><br>Plaintiffs,<br><br>vs.<br><br>S&Y ASSET MANAGEMENT LLC, a Delaware corporation; STONE & YOUNGBERG, LLC, a California Corporation; JOSEPH PIAZZA; TOM LOCKARD; and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-04392-WHA<br><br>**STIPULATED DISMISSAL OF ACTION** |

1

IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Settlement Agreement and Release of All Claims.

IT IS SO STIPULATED.

Dated: 12-30-2008

LAW OFFICE OF GEOFFREY V. WHITE

By: /s/ Geoffrey V. White
Geoffrey V. White
Attorney for Plaintiffs
CATHERINE MOLNAR
PATRICIA SHEPARD

Dated: December 30, 2008

GORDON & REES LLP

By: /s/
MARCIE S. ISOM
Attorneys for Defendants
S&Y MANAGEMENT LLC; STONE & YOUNGBERG; JOSEPH PIAZZA; TOM LOCKARD

IT IS SO ORDERED.

Dated: January 7, 2009

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT JUDGE